UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| OLLIE M. KIRK, | ) | |
| | ) | |
| Plaintiff, | ) | **O R D E R** |
| | ) | |
| vs. | ) | 2:12-CV-1953-PMP-GWF |
| | ) | |
| COUNTRYWIDE HOME LOANS, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff has failed to file a timely Opposition to Defendants' Motion to Dismiss [9], therefore, Plaintiff consents to the granting of said motion.

**IT IS THEREFORE ORDERED** that Defendants' Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) and to Expunge Lis Pendens [9] is **GRANTED.**

Dated: January 11, 2013.

_____
PHILIP M. PRO, UNITED STATES DISTRICT JUDGE